THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:05-cr-00213-MR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JEFFREY ANDRE CHERRY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 39].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 39] is **GRANTED**, and the Petition for Revocation of Supervised Release [Doc. 28] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: March 28, 2016

Martin Reidinger
United States District Judge